IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRIAN DONY AND WILLIAM DONY, | |
| Plaintiff, | |
| v. | Case No.   17 cv 02595 |
| ALLBRIGHT CONSTRUCTION, LLC. . | JUDGE EDMOND CHANG |
| Defendant. | |

## STIPULATION TO DISMISS

This cause coming to be heard for status, the parties having reached a settlement of all matters and executed a Release and Settlement Agreement, with the Court to retain jurisdiction to enforce the Release and Settlement Agreement, the parties agree to dismiss the terms of the Release and Settlement Agreement dated June 27, 2017 with the Court retaining jurisdiction to enforce that agreement.

Respectfully Submitted,
ALLBRIGHT CONSTRUCTION, LLC,

By: */s/ Bret A. Rappaport* _____
      one of ITS attorneys

Bret A. Rappaport ARDC # 6194083
Bethany N. Schols ARDC # 6275866
HARDT, STERN & KAYNE, P.C.
2610 Lake Cook Road, Suite 200
Riverwoods, Illinois 60015
847-597-2150
brappaport@hsklaw.com
bschols@hsklaw.com

1